DAVID STEWART, Respondent, v. WALTON IMPROVEMENT CO., INC., and Others, Appellants.— Orders denying defendants' motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

ROSE E. STILL, Respondent, v. ROY H. STILL, Appellant.— Order denying defendant's motion to vacate judgment and open his default in pleading affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Tompkins, J., not voting.

OSIAS WEISTHAL, Respondent, v. ARENA BUILDING CORPORATION, Appellant. — Judgment unanimously affirmed, with costs. In this case defendant offered no proof, and the appeal rests upon questions of law, except that the claim is made that the verdict is excessive. Defendant was in control of the building, including the lights. A violation of subdivision 3 of section 257 of the Labor Law was shown. This was some evidence of negligence and sufficient, at least without explanation from the defendant, to support the cause of action. We do not construe the charge at folio 510, to which exception was taken, to mean that a violation of the section of the Labor Law referred to was conclusive evidence of negligence. Plaintiff's injuries were serious and undisputed. We cannot hold that the verdict is excessive.* Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

IRA WELSCH, Respondent, v. SOLOMON SLATKIN, Trading under the Firm Name and Style of NORTH AMERICAN FURNITURE MANUFACTURING COMPANY, Appellant.— Order directing the issuance of a commission to take deposition affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

WESTERN FARMS PRODUCTS CO., INC., Respondent, v. KINGS SUBURBAN CLUB, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

HAROLD F. COTTER, Appellant, v. THEO SPECIALTIES CO., INC., and Another, Respondents.— Application denied, with ten dollars costs.

MICHAEL DE BATT, Appellant, v. LOUIS NEWMAN and JOSEPH COPPER, Copartners, etc., Respondents.— Application denied, with ten-dollars costs.

HARRY F. SCHWARTZ and IRVING A. SHAPIRO, Copartners, etc., Appellants, v. IDA KAPPHAHN, Respondent.— Application denied, with ten dollars costs.

THE SWEDISH HOSPITAL IN BROOKLYN, Appellant, v. LEO KRUCZEK, Respondent.— Application denied.

WARNER QUINLAN COMPANY, Appellant, v. CHARLES E. BERNSTEIN, Respondent.— Application denied.

WARNER QUINLAN COMPANY, Respondent, v. MOSES BERNSTEIN, Appellant.— Application denied.

* Verdict was for $35,000 in action for personal injuries.— [REP.